# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2018

154384 & (15)(19)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NOEL MARCIAL HADLEY,
      Defendant-Appellant.

SC: 154384
COA: 333652
Shiawassee CC: 15-007177-FH

_____/

On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the August 8, 2016 order of the Court of Appeals is considered. We DIRECT the Shiawassee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall pay particular attention to the effect of *Does #1-5 v Snyder*, 834 F3d 696 (CA 6, 2016), cert den sub nom *Snyder v John Does #1-5*, 138 S Ct 55 (Oct 2, 2017), and *People v Solloway*, 316 Mich App 174 (2016), lv den 500 Mich 997 (2017), on the issues raised by the defendant. The motion for expedited consideration is DENIED.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2018 _____



Clerk

p0516